S. WILLIAM MANERA
Bankruptcy Trustee
2001 E. CAMPBELL AVE., BOX 15 SUITE 200B
PHOENIX, AZ 85016
(602) 795-2796

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| RAMOS, JESUS ALBERTO | ) | CASE NO.2:16-bk-08783-DPC |
| PINON-RAMOS, BERTHA ELIZABETH | ) | |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |

S. WILLIAM MANERA, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 106 | 6/12/2017 | Roseview Homeowners Association<br>C/O Maxwell & Morgan, P.C.<br>4854 E. Baseline Road, Suite 104<br>Mesa, AZ 85206 | $1,398.40 |

*September 15, 2017*          */s/ S. William Manera*
DATE          S. William Manera, Trustee